### L. T. CRAFT v. STATE.
No. A-2488.    Opinion Filed October 16, 1915.
(151 Pac. 1198.)

Appeal from County Court of Beckham County; E. G. McCommas, Trial Judge.

L. T. Craft, convicted of a violation of the prohibitory law, appeals. Appeal dismissed.

J. A. Minton, for plaintiff in error.

PER CURIAM. The plaintiff in error, L. T. Craft, was convicted on a charge that he did have unlawfully in his possession certain intoxicating liquors with the unlawful intent to sell the same, and was sentenced to be confined for thirty days in the county jail and to pay a fine of fifty dollars.

From the judgment entered March 13, 1915, he appealed by filing in this court on June 19th, a case-made. On October 2nd, plaintiff in error filed in this court a motion to dismiss his appeal. The appeal is therefore dismissed and the cause remanded to the trial court. Mandate forthwith.

---

### EX PARTE: FRANK CRINER.
No. A-2391.    Opinion Filed August 2, 1915.
(151 Pac. 1198.)

Original application for the writ of habeas corpus. Denied.

James H. Mathers, for the petitioner.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The petitioner, Frank Criner, filed his petition in this court on the 6th day of February, 1915, seeking the writ of habeas corpus for the purpose of being admitted to bail, being held in the county jail of Carter county on a charge of murder.

Upon consideration of the proof and arguments on each side, the court is of opinion that the petitioner is not entitled to bail. An oral order to this effect has already been announced. Bail is denied.